NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**MICHEL J. MESSIER,**
*Appellant*

**v.**

**NEW ORLEANS LOUISIANA SAINTS, LLC,**
*Appellee*

———————————

2024-2271

———————————

Appeal from the United States Patent and Trademark Office, Trademark Trial and Appeal Board in No. 92083143.

———————————

## **O R D E R**

The appellant having failed to file the required Entry of Appearance form, and having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

2        MESSIER v. NEW ORLEANS LOUISIANA SAINTS, LLC


ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.



FOR THE COURT



December 19, 2024
Date

Jarrett B. Perlow
Clerk of Court